UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21936-CIV-LENARD/O'SULLIVAN

**CLIFF INNOCENT,**

       Plaintiffs,

v.

**GENERAL MOTORS LLC,**

       Defendants.
_____/

CASE NO. 11-21938-CIV-LENARD/O'SULLIVAN

**JAVIS ANTWAN PACE,**

       Plaintiff,

v.

**GENERAL MOTORS LLC,**

       Defendant.
_____/

## ORDER OF CONSOLIDATION

**THIS CAUSE** is before the Court *sua sponte*. Pursuant to Federal Rule of Civil Procedure 42(a), the Court finds that Case No. 11-2936-CIV and Case No. 11-21938-CIV involve common questions of law and fact. Accordingly, in the interest of judicial economy, these cases shall be consolidated for both pretrial procedures and for trial, and it is:

**ORDERED AND ADJUDGED** that:

1.    Case No. 11-21936-CIV-Lenard/O'Sullivan and Case No. 11-21938-CIV-Lenard/O'Sullivan are hereby **CONSOLIDATED**.

2. The higher-numbered case, Case No. 11-21938-CIV-Lenard/O'Sullivan is **ADMINISTRATIVELY CLOSED**.

3. The Parties and the Clerk are hereby **DIRECTED** to file all further pleadings and documents under the lower case number, Case No. 11-21936-CIV-Lenard/O'Sullivan.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 21st day of June, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**